**THE SORENSON LAW FIRM, LLC**
Attorneys at Law
950 W. Elliot Road, Suite 226
Tempe, AZ 85284
Telephone: (480) 839-9500
Fax: (480) 839-9508
Wade@SorensonLaw.Net

Wade R. Causey, AZ Bar No. 012084
*Attorneys for Defendant Werner Co.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher M. Milner and Catherene A. Milner, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>Werner Co., a foreign corporation; New Werner Co., a foreign corporation; Old Ladder Co., a foreign corporation; Werner Ladder Inc., a foreign corporation; Home Depot U.S.A., Inc., a foreign corporation; Black and White Companies I-X; and John and Jane Does I-X; as individuals or entities,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION**<br><br>**JURY TRIAL DEMANDED**<br><br>Trial Date: None Set |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES AND CLERKS OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA.**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C.A. § 1332, Defendant Werner Co. ("Defendant") hereby removes the above-entitled action to this Court based on the following supporting grounds. The Defendant, appearing solely for the purpose of this removal and for no other purpose, and preserving all other defenses available to it, states as follows:

1. On March 14, 2022, a Complaint was filed against the Defendant in Maricopa County Superior Court, Arizona captioned *Christopher M. Milner and Catherine A. Milner, husband and wife v. Werner Co., a foreign corporation; New Werner Co., a foreign corporation; Old Ladder Co., a foreign corporation; Werner Ladder Inc., a foreign corporation; Home Depot U.S.A., Inc., a foreign corporation; Black and White Companies I-X; and John and Jane Does I-X, as individuals or entities*, Case No. 2022-003227 (the "State Court Action").

2. Service of the summons and the Complaint was effectuated May 26, 2022 upon The Corporation Trust Company, Wilmington, DE, the Statutory Agent for the Defendant.

3. This Court has original jurisdiction of this civil action pursuant to 28 U.S.C.A. § 1332(a)(1) based on amount in controversy and diversity of citizenship. Plaintiff seeks an amount in controversy in excess of $75,000.00. Plaintiff is a resident of Phoenix, Arizona, Maricopa County. Defendant Werner Co. is incorporated in the State of Delaware with a principal place of business located at 555 Pierce Road, Suite 300, Itasca, IL 60143, USA. Pursuant to 28 U.S.C.A. § 1332(c)(1), Defendant Werner Co. is a resident of Delaware.

4. Pursuant to 28 U.S.C.A. § 1446(a) and LRCIV 3.6(b), the undersigned counsel for the Defendant, hereby verifies that true and complete copies of all pleadings and other documents filed in the State Court Action are filed herewith.

5. Pursuant to 28 U.S.C.A. § 1446(d) and LRCIV 3.6(a), a copy of this Notice of Removal has been filed with the Clerk of the Superior Court in and for the County of Maricopa, Arizona.

6. Pursuant to 28 U.S.C.A. § 1446(d), after the filing of this Notice of Removal, the Defendant shall give written notice thereof to Plaintiff's counsel.

RESPECTFULLY SUBMITTED this 20th day of June, 2022.

**THE SORENSON LAW FIRM, LLC**

By: /s/ Wade R. Causey
Wade R. Causey,
*Attorneys for Defendant Werner Co.*

Filed electronically this 20th day of June, 2022 at ecf.azb.uscourts.gov:

**COPY** of the foregoing emailed/mailed this same day to:

Bobby O. Thrasher, Jr., Esq.
TRASHER LAW, PLLC
518 East Willetta Street
Phoenix, AZ 85004
bthasher@thrasherlaw.com
*Attorney for Plaintiffs*


By: /s/Carolyn G. Emson